IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.                                                                               No. CIV 14-0319 JB/KBM

LAURENCE LISA LEBRETON; MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,
INC., as Nominee for America's Wholesale
Lender; and FNU LNU, Unknown Tenant (Real
Name Unknown),

    Defendants.

# ORDER[1]

**THIS MATTER** comes before the Court on the Verified Motion for a More Definite Statement and Joinder, filed July 11, 2014 (Doc. 25)("Motion").  The Court held a hearing on March 18, 2015.  For the reasons stated at the hearing,[2] the Court will deny the Motion.

**IT IS ORDERED** that the Verified Motion for a More Definite Statement and Joinder, filed July 11, 2014 (Doc. 25), is denied.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Verified Motion for a More Definite Statement and Joinder, filed July 11, 2014 (Doc. 25).  The Court may, however, at a later date issue a memorandum opinion more fully explaining the rationale for its decision.

[2]Motions for a more definite statement under rule 12(e) of the Federal Rules of Civil Procedure are used to clarify a vague or ambiguous "pleading" -- meaning a complaint, an answer, or any of the other documents listed in rule 7(a) -- but not to clarify a vague or ambiguous motion.  See Transcript of Hearing at 16:9-21 (taken March 18, 2015)(Court)(the Court's citation to the transcript of the hearing refers to the court reporter's original, unedited version; any final version may contain slightly different page and/or line numbers).

*Counsel and party*:

David A. Ferrance
Albuquerque, New Mexico

--and--

Rachel Chiado
Little & Dranttel, PC
Albuquerque, New Mexico

--and--

Jason C. Bousliman
Lewis Roca Rothgerber LLP
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Laurence Lisa Lebreton
Santa Fe, New Mexico

    *Defendant pro se*