IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.                                                          No. CIV 14-0319 JB/KBM

LAURENCE LISA LEBRETON; MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,
INC., as Nominee for America's Wholesale
Lender; and FNU LNU, Unknown Tenant (Real
Name Unknown),

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Notice of Motion and Verified Motion to Strike Documents 28, 29, 30, 31 BANA's Opposition to Motion to Strike Et Al, Motion to Dismiss for Promissory Estoppel, Breach of Contract, Unclean Hands, Rule 7 Violations, Lack of First Hand Knowledge, filed August 11, 2014 (Doc. 32)("Motion"). The Court held a hearing on March 18, 2015. For the reasons stated at the hearing,[2] the Court will deny the Motion.

---

[1] This Order disposes of the Notice of Motion and Verified Motion to Strike Documents 28, 29, 30, 31 BANA's Opposition to Motion to Strike Et Al, Motion to Dismiss for Promissory Estoppel, Breach of Contract, Unclean Hands, Rule 7 Violations, Lack of First Hand Knowledge, filed August 11, 2014 (Doc. 32). The Court may, however, at a later date issue a memorandum opinion more fully explaining the rationale for its decision.

[2] The Motion appears to be another attempt to respond to or attack the Defendant's Motion to Dismiss Pursuant to NMRA 1-012(A) and Fed. R. Civ. P. 12(b)(6), filed April 25, 2014 (Doc. 4)("MTD"), which Plaintiff Bank of America, N.A. filed and which the Court granted. Motions to strike under rule 12(f) of the Federal Rules of Civil Procedure are properly directed at pleadings -- the specific documents enumerated in rule 7(a) -- and not at motions.

When the Court granted the MTD, however, it dismissed Lebreton's counterclaim without prejudice. She is therefore free to move the Court for leave to amend her Answer, No. D-101-CV-2012-00267 (N.M. Dist. Ct. July 18, 2012), to assert any counterclaims she might have.

- 2 -

**IT IS ORDERED** that the requests in the Notice of Motion and Verified Motion to Strike Documents 28, 29, 30, 31 BANA's Opposition to Motion to Strike Et Al, Motion to Dismiss for Promissory Estoppel, Breach of Contract, Unclean Hands, Rule 7 Violations, Lack of First Hand Knowledge, filed August 11, 2014 (Doc. 32), are denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and party*:

David A. Ferrance
Albuquerque, New Mexico

--and--

Rachel Chiado
Little & Dranttel, PC
Albuquerque, New Mexico

--and--

Jason C. Bousliman
Lewis Roca Rothgerber LLP
Albuquerque, New Mexico

 *Attorneys for the Plaintiff*

Laurence Lisa Lebreton
Santa Fe, New Mexico

 *Defendant pro se*