IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.                                                        No. CIV 14-0319 JB/KBM

LAURENCE LISA LEBRETON; MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,
INC., as Nominee for America's Wholesale
Lender; and FNU LNU, Unknown Tenant (Real
Name Unknown),

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Notice of Motion and Motion to Strike Request for Status Conference as Motion for Status Conference, filed August 22, 2014 (Doc. 34) ("Motion").  The Court held a hearing on March 18, 2015.  For the reasons stated at the hearing, the Court will grant the Motion in part and deny it in part.[2]

**IT IS ORDERED** that the requests in the Notice of Motion and Motion to Strike Request for Status Conference as Motion for Status Conference, filed August 22, 2014 (Doc. 34), are granted in part and denied in part.

---

[1] This Order disposes of the Notice of Motion and Motion to Strike Request for Status Conference as Motion for Status Conference, filed August 22, 2014 (Doc. 34).  The Court may, however, at a later date issue a memorandum opinion more fully explaining the rationale for its decision.

[2] The Court construes the Motion as including both: (i) a motion to strike the Request for Status Conference, filed August 13, 2014 (Doc. 33), which Plaintiff Bank of America, N.A. filed; and (ii) a request for a status conference.  The Court denies the Motion insofar as it is a motion to strike, because motions to strike under rule 12(f) of the Federal Rules of Civil Procedure are properly directed at pleadings -- the specific documents enumerated in rule 7(a) -- and not at motions.  The Court grants the Motion insofar as it requests a status conference; it will hold an initial scheduling conference in this case at 8:30 a.m. on April 16, 2015.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel and party*:

David A. Ferrance
Albuquerque, New Mexico

--and--

Rachel Chiado
Little & Dranttel, PC
Albuquerque, New Mexico

--and--

Jason C. Bousliman
Lewis Roca Rothgerber LLP
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Laurence Lisa Lebreton
Santa Fe, New Mexico

    *Defendant pro se*